**Order entered January 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01462-CR

### ALFREDO SERRATO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-31348-V**

## ORDER

Before the Court is appellant's January 23, 2019 first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before February 22, 2019.

/s/    CORY L. CARLYLE
       JUSTICE